# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>MARC D. MORY<br>ZACHARY A. JACOBS*** | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>MICHAEL K. BELOSTOCK<br>BRIAN F. O'TOOLE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ |

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER FL BAR ONLY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY

March 16, 2023

<u>VIA ECF</u>

Hon. Zahid N. Quraishi
United States District Judge
Hon. Lois H. Goodman
United States Magistrate Judge
402 East State Street
Trenton, NJ 08608

    Re:  Raguseo, *et al*. v. CentraState Healthcare Systems, Inc.
         Civil Action No. 23-1024(ZNQ)(LHG)

         M.Z. v. CentraState Healthcare System, Inc.
         Civil Action No. 23-1049 (ZNQ)(LHG)

         Cubides, v. CentraState Healthcare System, Inc., *et al.*
         Civil Action No. 23-1075 (ZNQ)(LHG)

         Caro v. CentraState Healthcare Systems, Inc.
         Civil Action No. 23-1113 (ZNQ)(LHG)

         Dawes v. CentraState Healthcare System, Inc., *et al.*
         Civil Action No. 23-1130 (ZNQ)(LHG)

         Pudder v. CentraState Healthcare System, Inc. *et al.*
         Civil Action No. 23-1158 (ZNQ)(LHG)

         Chewning, *et al.* v. CentraState Healthcare System, Inc.
         Civil Action No. 23-1227 (ZNQ)(LHG)

Dear Judge Quraishi and Judge Goodman:

  We are counsel for Plaintiffs in the *Cubides* matter above. We write on behalf of all of the parties in each action to submit a proposed Stipulation and Order that has been agreed to by the

Hon. Zahid N. Quraishi
Hon. Lois H. Goodman
March 16, 2023
Page 2

parties that consolidates all of these actions under the *Raguseo* docket number and sets a schedule for filing a consolidated complaint and responses thereto. If it is acceptable to the Court, kindly sign the Order and have a "filed" copy retuned to the parties via the Court's ECF system.

      Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

Respectful submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ James E. Cecchi

JAMES E. CECCHI

cc: All counsel (via ECF)